# EXHIBIT 2

| Defamatory Meaning | Publication Date | Publication | Verbatim Statement | Level of Falsity |
|---|---|---|---|---|
| Plaintiffs were part of a pay-to-play scheme facilitating a Trump endorsement in exchange for a kickback of $30,000 from the endorsed candidate. | 11/1-28/21 | Exhibit 1 | "We need 'America First' candidates not 'Me First' candidates. I believe at one time Mr. Rocha's heart was in the right place, but when you surround yourself with the most corrupt organization in Michigan called the MIGOP, evil tends to start wearing on you. **When you have to 'funnel' $30,000 to receive an endorsement and not have it based on your own merit, you then become the establishment. I have seen this happen many times to new candidates. Some people just can't handle the spotlight**." | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs | 11/28/21 | Facebook Live Video | "I have five affidavits.  Me and my attorney.  You know what an affidavit is -that's somebody [sic] who gives a statement under oath and signs a piece of paper.  And then I have a witness to everything that I wrote in the letter." | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs - must "pull" Defendants into court to reveal. | 11/28/21 | Facebook Live Video | "[to force Defendants to produce the secret evidence] I suggest you pull me into a courtroom before the election is over.  Because remember what I said in the letter was I'd never intended to go public with this information until after the election.  But if you want to be Mr. Badass, and you would like to pull me … into court in front of a judge, I will be more than happy to put my hand on the bible and tell the truth." | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs - must "pull" Defendants into court to reveal. | 11/28/21 | Facebook Live Video | "If you want me to show you the paperwork, please God, sue me to the moon and back, put me in a Michigan courtroom. … Now all of you telling me that I have to be the one to show the proof.  No, I don't.  I made the allegation.  I made the allegation." | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs | 11/28/21 | Facebook Live Video | "And then all you people who say, 'oh well, Adam don't have anything.  You're going to wish you didn't.  Because I have way, way, way more than just this. | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs - must "pull" Defendants into court to reveal. | 11/28/21 | Facebook Live Video | "Problem is, I write-down everything.  I record everything.  If you don't believe me, then I challenge you to put me in a courtroom.  Just do it.  Do it before my lawsuit comes in at the end of next August.  Because I guarantee you, when that happens, it'll happen in the State of Missouri.  Put me in a courtroom in the State of Michigan. | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs | 11/28/21 | Facebook Live Video | "If you press me further, I'm going to start releasing audio, and I'm going to start releasing every single piece of information. | Literal Falsity |

| Claim | Date | Source | Statement | Category |
|---|---|---|---|---|
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs - must "pull" Defendants into court to reveal. Evidence sources are afraid for their lives and can't immediately come forward. | 11/28/21 | Facebook Live Video | "[asked why Defendants cannot release all of their evidence] There is certain information right now that we can't release because there are people that are in fear of their life, really, in Michigan. They're in fear of losing their job. They've been threatened with losing their job. They've been threatened with losing their homes. They've been threatened outside the – and this is what's … So, these people are afraid. They're afraid to come out, but um, they don't want to come out in public, but they will in a courtroom. So a subpoena makes people…" | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs | 11/28/21 | Facebook Live Video | "What I released tonight is just an eighth of what I can release. An eighth! Seriously. | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs; Hidden evidence stored in five separate locations and five different people; implied allegations of threats and danger to his life; hidden evidence to be released in event of sudden mysterious death | 11/28/21 | Facebook Live Video | "The people who should be worried are the people who are involved with MeShawn and Matt and Ben. They should be super worried. Because they can't do anything to me. This information that I have is in five different locations with five different people. Right? So anything happens to me or my family – and number one, I'm not suicidal. Number two, anything happens to me, it automatically gets released." | Literal Falsity |
| Claimed possession of hidden, undisclosed evidence of unethical and/or illegal behavior by Plaintiffs - must "pull" Defendants into court to reveal. Evidence sources are afraid for their lives and can't immediately come forward. | 11/28/21 | Facebook Live Video | "Yeah, there's a lot of people that are in danger in Michigan, and I've got to make sure that I protect them." | Literal Falsity |
| Pay to play. | 11/28/21 | Facebook Live Video | "I've got all the recordings. Audra has all the recordings. Pay for play is happening in MI-GOP, and I'm about to set the whole damned state on fire." | Literal Falsity |
| Pay to play. | 11/28/21 | Facebook Live Video | "And you say, 'where is the proof of a paid endorsement?' [Chortle], I got that, too." | Literal Falsity |
| Pay to play. | 11/28/21 | Facebook Live Video | "Ben Wetmore, I have all of the audio me and Audra are working on that together." | Literal Falsity |

| | | | | |
|---|---|---|---|---|
| * Claimed phone evidence of Plaintiffs attempting to bribe Audra Johnson;<br>* Plaintiffs committed same crime as Rod Blagojevich;<br>* 1) drop out of race; 2) move to new district; 3) get trump donation; 4) get max donations from Meshawn & Matt | 11/28/21 | Facebook Live Video | "I want to talk about a guy that I did have a conversation with – me and Audra [Johnson] recorded it. This moron. See, bait and switch is so big. And so easy. And a lot of people don't understand politics, how to use it. But I've been using it for nearly 20 years. But, MeShawn Maddox, Maddock, whatever you want to call her, and her husband Matt. Their attorney and political nightmare is Ben Wetmore. Now, after I had that call. Remember what I just said a few weeks ago. Six weeks ago, or a few weeks ago, four weeks ago, whatever was when Meshawn called me. And then, literally before I could get off the top of the hill where I have no signal, I had to go to the top of the hill to call Audra [Johnson]. John Smith calls me and asks me about Gibbs. And I knew right then what was going on. I fed him a little bit of a line. And I fed him a little more. Then I got another phone call from somebody I won't disclose, fed them a little bit more. Then, I talked to Ben [Wetmore]. Do all of you guys remember Rod Blagojevich? He was the governor of Illinois that went to prison for 15 years. And at the end of his 15 years, Trump commuted his sentence so that he could get out. He was accused of pay-to-play. Well, in Michigan, it's not against the law. And it's very much legal. You can ask Tom Norton, that every time you have a conversation, you can record it without announcing it to the person on the other end of the line. So, obviously, when MeShawn's calling me – she's corrupt – and then Ben's calling me – works for Victory [Strategies] – and I'm going to tell you about that here in a second, too. I'm recording. She's recording. I told Audra, let's record this. Ben Wetmore calls me and we're trying to figure out , now that MeShawn is on the phone with me and Audra, and we're trying to figure out where we're going to place Audra in the state. Well, obviously, you know, Audra is from Grand Rapids. So she would have already – her and her husband Jeff were going to buy a house, already, in that location, near there. So, Ben starts to talk to me about this district. And I believe his name is Braun who cannot run again for state rep. And I, you can hear me specifically say, 'So you're telling me, Ben, that if I have my candidate run in the seat that Braun is running in that number one, I'm guaranteed a trump endorsement. And, number two, I am guaranteed a max donation from the Maddox family, from MeShawn and her husband. And he, without hesitation says, yes. That's called pay-to-play. And that is illegal. Ask Rod Blagojevich. I didn't know that I knew Ben Wetmore. …" | Literal Falsity |
| * Pay to play - BEN BRIBE TO CANDIDATE<br>* Specific elements of pay to play alleged;<br>* alleged capture of wrongdoing on audio recording | 11/28/21 | Facebook Live Video | "A minute ago I told you Ben … Wetmore … when I had my conversation with him, these were the things that I obviously recorded. And it all went through. But I asked him point blank – 'So, you're telling me that if Audra drops out of the race and runs [for a different seat] that Donald Trump has said he will endorse her guaranteed for anything she wants to run for in Michigan?' He said yes. And then I asked, 'and that means also the support of MeShawn and her husband and a max donation?' He said yes. You see, this is where these morons don't understand that I've been doing this for 20 years, and I set them all up. I mean, I can't believe they even fell for it. … I've also heard that they sent me cease and desist letters. And nobody sent me no damned cease and desist. You know what I would do with a cease and desist letter? Id' wipe my ass with it." | Literal Falsity |
| Implied allegations of threats and danger to his life | 11/28/21 | Facebook Live Video | "Last thing I'm going to say. Every conversation that I've had with MeShawn and Ben, I have – I'm not afraid of none of you punks. And I'm calling right now for the resignation of MeShawn Maddock. From the MIGOP. You are and have led one of the most corrupt organizations in the United States of America." | Literal Falsity |
| Encourage audience to share defamatory statements | 11/28/21 | Facebook Live Video | "So I'm asking all of you Michigan people to share this…" | Literal Falsity |
| Encourage audience to share defamatory statements | 11/28/21 | Facebook Live Video | "Hey, share this all over the place in Michigan…this will surely light the world on fire." | Literal Falsity |
| Encourage audience to share defamatory statements | 11/28/21 | Facebook Live Video | "Share all this. Let's grow the audience. Fuck it." | Literal Falsity |
| Encourage audience to share defamatory statements | 11/28/21 | Facebook Live Video | "Let's get Michigan numbers up. Come on, share it. Let's get them up. Post it. Share it. Post it in Michigan, all over Michigan. Let's go boom, boom, boom, boom, boom, boom, boom. Let's get rid of corruption. | Literal Falsity |
| * Pay to Play;<br>* Cites evidence of controversy as proof of statements | 12/1/21 | Facebook Live Video | "Now think about this for a second, if what I have been saying, and what I said the other night on my [Facebook] live wasn't the truth, then why is all of Michigan's hair on fire at the MI-GOP? I mean, even Ben [Wetmore] has now come out. He's got to respond to some of my comments or my videos…" | Literal Falsity |

| | | | | |
|---|---|---|---|---|
| *He knows and understands Michigan campaign laws;<br>* Understands legal from illegal/ ethical from unethical;<br>* Hidden Evidence | 12/1/21 | Facebook Live Video | "So, when I use the term 'pay for play,' it's often used in the same sentence as quid pro quo.  Or, in other words, you do something for me, and politically, I'll do something for you.  Now the pay for play is illegal as hell.  Quid pro quo is unethical as hell.  But's hard to be proven.  I have proven everything that I need to prove.  I've given you text messages.  I've let you listen to some audio – not all.  Trust me.  But if you think this is all the evidence I got, you have lost your mind.  I want all Michigan to wake up and realize that you're being played like a fool." | Literal Falsity |
| * Pay to Play;<br>* Cites evidence of controversy as proof of statements | 12/1/21 | Facebook Live Video | "My papa was a smart man.  He always said that the guiltiest dog barks loudest … and oh my god, has the MI-GOP started barkin.'" | Literal Falsity |
| *Plaintiffs' motives for assisting Meshawn & Matt in Pay to play;<br>* PLT are incapable of managing successful political campaigns. | 12/1/21 | Facebook Live Video | "She [MeShawn Maddock] needs [candidate] Mike Detmer.  She needs [candidate] John Roche.  She needs [candidate] Angela Rigas.  She needs all these people they're putting in places for these penned endorsements that they actually write because she needs the speaker of the house [for her husband, Rep. Matt Maddock].  Why? Because if 2024 goes down like 2020, guess who is going to be in charge of the investigation [of illegal conduct by MeShawn and her staff, including Plaintiffs]. | Literal Falsity |
| PLT are unethical in their profession/business;<br>* resorts to withholding donations to candidates' political campaigns he manages unless candidate does as told;<br>* PLTs Manipulate and extort client candidates;<br>* PLTs won't really help help their clients. | 12/1/21 | Facebook Live Video | Too many people are lying through their teeth for political gain.  If you are a political candidate for state office in Michigan, and you want somebody to really represent you, send Audra a message of send me a message.  We will work the details out.  I've got a team put together and over the last 24 hours that's ready to help you win.  And here's what I can tell you. … I got they got their thumbs on you making you think that unless you do it their way there is no way.  That's bullshit. … and then we started to see the corruption inside the MI-GOP.  We set them up with a phone call.  We recorded it.  We set them up with text messages.  I shared them.  All is legal in the state of Michigan.  I'm not afraid of anything or anybody.  But now, they're starting to threaten other people. … **So if you're a candidate running in Michigan, and you want some serious help, and my suggestion is to you, you don't have to bring me into the mix.  Fire, fire Ben! And get rid of him.  Find somebody who is going to really help you.**  That's not going to hold over your checks in his office, or your fundraiser, in his office. And that is not going to circle-jerk for Matt Maddock to become Speaker of the House.  That's the last thing you want. | Literal Falsity |
| *PLTs are incompetent in their profession;<br>* PLTs threaten people;<br>* Attacking management of Carone campaign | 12/1/21 | Facebook Live Video | "You don't have to be afraid of [MeShawn Maddock's] minions and all these idiots.  Hey, do I look scared? … If Ben gets Matt Maddock … into Speaker of the House, that'll be [Ben's] his biggest accomplishment.  His first candidate that he ever ran and is running, I guess, and I'm not speaking for her because I do not know her, is Melissa Carone.  And I feel sorry for her because she's being targeted left and right. Just like Audra is being targeted.  And the cool thing is, that they're all coming after me now." | Literal Falsity |

| | | | | |
|---|---|---|---|---|
| *PLTs are political consulting amateurs;<br>* PLTs have zero political experience;<br>* Victory Strategies is an unethical company bc recruits and represents felons as political candidates<br>* Actively soliciting clients away from PLTs | 12/1/21 | Facebook Live Video | "First of all, Ben Wetmore, his very first candidate he's ever ran, that I understand, is Melissa Carone. I don't know Melissa. So, I may be wrong about this – Melissa correct me. But, his very first candidate that he has ever run ever. He doesn't have any experience, he's an attorney. His number one job is to make sure that he circle jerks Matt Maddock, and all the people running for office are in the right place so that Matt can become Speaker of the House in Michigan. That is his number one job. He's a circle jerker. That's it. He doesn't know anything about writing strategy. As a matter of fact, he works for a company called Victory Strategies. And it just dawned on me the other day, who Victory was. Well, in Missouri, a few years ago, we had a big senate race. And there was a guy who was in the senate race, his name was Jeff Shawn. And he was represented by Victory. And he was the current sitting state rep that was termed-out and he was running for state senate. Well, come to find out, you go back in my videos, you can look at me in this hat. And you can found out real quick I found out everything I needed to know about him. Victory has a tendency to represent people that will, in this person's case, he committed appraisal fraud. And he literally had to pay over $100,000 in fines or he was going to go to prison. And this motherfucker is running for state senate. … So here's Ben, who's never ran a campaign in his life, and he's got all these people lined-up in as a campaign, as Victory, and what he's doing is he's circle-jerking Matt Maddock and MeShawn, to make sure that all of you who are running that get the Trump endorsement, and that when your districts are going to vote yes, for Matt Maddock to become the next Speaker of the House. Trust me when I say that. | Literal Falsity |
| *PLTs are political consulting amateurs;<br>* PLTs have zero political experience;<br>* Victory Strategies is an unethical company bc recruits and represents felons as political candidates<br>* Actively soliciting clients away from PLTs | 12/1/21 | Facebook Live Video | MeShawn and Matt Maddock and Ben Wetmore … they just keep manipulating you, over and over and over again. Not only do I write strategy, we're not one of those groups. And Audra can attest. That just says, 'alright, we're going to collect your checks, and we'll see you when the election gets here. Just say this, do this. Do this. I'm on the ground with you. My team and I will be on the ground with you. | Literal Falsity |
| *PLTs are political consulting amateurs;<br>* PLTs have zero political experience;<br>* Victory Strategies is an unethical company bc recruits and represents felons as political candidates<br>* Actively soliciting clients away from PLTs<br>* Threats to candidates and intimidation | 12/1/21 | Facebook Live Video | "Alright, if Ben gets Matt Maddock and MeShawn Maddock into the Speaker of the House, that'll be his biggest accomplishment. His first candidate that he ever ran and is running is I guess, and I'm not speaking for her because I do not know her, is Melissa Carrone. And I feel sorry for her because she's being targeted left and right …and they're all coming after me now. Like I'm running. I'm not running from shit. | Literal Falsity |
| * Hidden evidence;<br>* 3/4 of Evidence yet to be released;<br>* Will only reveal in court. | 12/1/21 | Facebook Live Video | "I've posted more proof than I can. I've posted so much proof, that I can convict somebody of murder. Seriously. … I've posted audio. I've posted everything, but here's what I cannot do until it is time, and it's coming. Quit your bitching and put me in a courtroom. Put your hand on the Bible. **And then the other three quarters of my evidence will come with me and my attorney.** And then, we will see with all of the media there who's telling the truth and who is not." | Literal Falsity |
| * Hidden evidence; | 12/1/21 | Facebook Live Video | "But if you think this is all the evidence that I got, you have lost your mind. I want Michigan to wake up and realize that you're being played like a fool." | Literal Falsity |

| Allegations | Date | Source | Statement | Classification |
|---|---|---|---|---|
| * Hidden evidence;<br>* Will only reveal in Court | 12/1/21 | Facebook Live Video | "[They] haven't said a word or disputed any of my allegations because I've got proof and if they do, oh my god I hope they do, Because when we do go to court, you're going to look like a friggin' fool." | Literal Falsity |
| * Encourages audience to share defamatory statements | 12/1/21 | Facebook Live Video | *"Make sure you're sharing all of [these allegations] this.  Look, this doesn't get anywhere unless you share it.  This is what sets their hair on fire."* | Literal Falsity |
| * Encourages audience to share defamatory statements | 12/1/21 | Facebook Live Video | "Anybody have any questions real quick? We're up; we've got a few viewers here.  Let's get the shares up.  Come on.  Let's share this.  Let's go.  Let's go.  Come on!  Where's my shares people of Michigan? | Literal Falsity |
| * Encourages audience to share defamatory statements;<br>* Pay to play | 12/1/21 | Facebook Live Video | "All of us just need to keep sharing and posting the word out there.  I mean, hell, everything is online on Facebook that shows you pay-to-play.  It shows you quid pro quo.  It's the same damn thing, just worded different.  You can't deny it. … when the shit hits the fan [Meshawn and Ben] are going to be the ones that look like idiots.  Just saying." | Literal Falsity |
| * Clear intent to harm PLTs;<br>* pay to play;<br>* Refusal to retract | 12/1/21 | Facebook Live Video | "I want to set it up for the people in Michigan.  Not myself.  But maybe we will have a rally in Lansing to condemn the MI-GOP leadership, especially Meshawn (Maddock) and Weisner [sic – Weiser]. I know Weisner is a billionaire and you could sue me into oblivion.  [Looking directly at the camera] Go fuck yourself.  I'm not backing down for anybody or anything, for any reason.  I'm just letting you know.  Look into my eyes.  Look, bad hair and all.  I'm not backing down for any reason.  You can kiss my ass.  If I say that I'm coming for you, I'm coming for you." | Literal Falsity |
| *Pay to play | 12/1/21 | Facebook Live Video | "Is Ben a dirtbag? Yes, Jeffrey, that is correct." | Literal Falsity |
| *Pay to play;<br>* Clear intent to harm PLTs; | 12/1/21 | Facebook Live Video | "You saw the email from Ben to Melissa [Carone] yesterday.  He laughs it off [it, being Defendants' allegations of pay-to-play] like it's nothing. There's going to come a day, bitch, that it's going to mean something.  And it's going to cost you your ass.  And I pray to God, I'm the one that gives it to you." | Literal Falsity |
| * Clear intent to harm PLTs;<br>* pay to play;<br>* Refusal to retract;<br>*Effort to sensationalize | 12/7/21 | Facebook Live Video | "This is a bombshell.  This is something that you cannot refute. You cannot deny.  You cannot run away from.  [Looking directly into the camera] I've got you.  I got you, Ben.  I got you Matt.  And, I got you, MeShawn.  You're screwed. | Literal Falsity |
| *Implied sent evidence to governmental authorities;<br>* Implied summoned by governmental authorities to discuss allegations | 12/7/21 | Facebook Live Video | "I have released this information to a couple of different entities today and I have been summoned.  So, I will be boarding a plane tomorrow, and I'll tell you more about that when I get back." | Literal Falsity |

| | | | |
|---|---|---|---|
| * That PLTs violated MI Supreme Court case law and rules prohibiting State Legislative employees from engaging in political activities during the work day;<br>* That DFTs understand MI law;<br>* That DFTs consulted multiple attorneys, who also believe PLTs broke the law;<br>* That PLTs conducted outside politcal work using MI state resources | 12/7/21 | Facebook Live Video | "Everybody says to me, Adam, you're not sure, you don't have any proof.  Well, first of all, I want to show you something.  The Michigan Supreme Court, in November 2019, they issued a ruling, talking about the House rules, right.  They issued a ruling about how rules apply and how things would happen when state reps were in session, and what was able to happen with staffing, and what they were to do.  Now, this comes directly from the Michigan Supreme Court, and I'm going to give you the website real quick.  You can go to MCSC-SPD@mi.gov [this is not a website].  This is the Michigan Supreme Court ruling that took place.  And it's the rule 1-12.  And, I want to read this to you real quick.  It's 1-12.  And so, here's what it says, the Michigan Supreme Court Rule that state political activities on the job are prohibited.  You cannot engage in political activities during on-duty hours.  This does not mean you cannot express political opinions about politics.  It means you cannot attempt to persuade or dissuade anyone to be for or against any candidate or issue while you're on duty – a paid staffer.  You also cannot do outside political work on state time or using state resources.  Now, listen close.  This is the Michigan Supreme Court: levying, soliciting for money, collecting, paying, ordering, or authorizing any type of political assessment, is prohibited.  This is the Michigan Supreme Court, November of 2019, rule 1-12." | Literal Falsity |
| * DFTs have 2 affidavits and 1 witness to PLTs breaking the law;<br>* Hidden evidence;<br>* Implied sent evidence to governmental authorities;<br>* Implied summoned by governmental authorities to discuss allegations;<br>* Implied PLTs are about to be formally indicted or reprimanded by some tribunal | 12/7/21 | Facebook Live Video | "So, November of the [legislative] session dates were the 2nd, 3rd, and 4th, the 9th, and 10th, and then, the 30th.  Uh, Um, the state holidays were on the squares.  But you can look this up for yourself, at the Michigan House of Representatives, um, Majority House Floor Leader, Ben Frederick.  Now, that's not, just pay attention.  It's released from his office, and the dates.  So, I want you to pay attention, to the dates that were in session.  2nd, 3rd, and 4th; 9th and 10th.  Wednesday the 10th is what we're going to talk about.  Now, I'm also going to release to you in the comments … the Michigan Campaign Finance expenditure.  I've already released this.  Showing this piece of paper right here.  Showing that Ben Wetmore has been paid and been paid since 2018 by Matt Maddock and his campaign group and his PAC.  Now, we gotta do this one thing at a time, and I need you to follow me. So, I read you the Supreme Court decision, and they made it a rule in the state of Missouri [sic] and it was revised on November of 2019 to say [recites previously quoted purported passage,'no levying, soliciting…'] Can't do no fundraisers, Ben, while Matt's in session.  Here's the problem, I'm going to flash this by so no one can see anything [moves a piece of paper in front of the camera, rapidly].  What you just saw, and what you won't see until we go to court, or until we're brought to court, is an affidavit.  I have two of them, and then I have another one of them, as a witness.  That they, these two affidavits – affidavits being a person that is signing a statement under the perjury [sic] of lying under oath.  Okay.  I'm going to read it to you.  'From the office of Adam Brassfield.'  This document is a signed affidavit from witness that is stated below, is true under the oath of office.  So and So, on November 10, 2021, was making political phone calls and participating in political fundraising, with Benjamin Wetmore, paid staffer of Matt Maddock at 5025 W. Saginaw Hwy, Lansing, Missouri [sic]48917.  I was in the office when Matt Maddock – this is in the affidavit – came into the room, and Benjamin Wetmore informed him that the House was in session, was going in session, in 10 minutes.   However, I was told to continue work on campaign finance, raising money.  I did not, in any way know that this was illegal, until it was brought to my attention, of the requirements of the House in session, and paid staffer rules, such as Ben Wetmore.  I hereby stand by this statement under the penalty of law, and perjury, and will, at said time, testify to my statement. [Looking directly into the camera] GUESS WHAT, ASSHOLE, I GOT YOU.  Here's what happened.  The Supreme Court of the State of Michigan basically says, while a, said state rep is in session, that a paid staffer cannot conduct political activities in said office, while in session.  These two affidavits and one witness, was in Ben Wetmore's office from 11:36 a.m., to 7:10 p.m.  I submitted this evidence to some people today.  All I can say is, you better get a mother humping lawyer, because you're corrupt from the top down, MeShawn, your husband Matt, and Ben Wetmore, the MI-GOP, you guys have utilized and used these candidates under Ben, to do corrupt actions inside of your office, Ben, while Matt has been in session." | Literal Falsity |
| * PLTs' clients should fire PLTs, bc PLTs' activities may subject clients to criminal liability | 12/7/21 | Facebook Live Video | *"So, all you morons running for state rep in Michigan, or state senate, and Ben Wetmore is anywhere NEAR your campaign, guess what?*  **You may have violated the Michigan Supreme Court.  End of story**." | Literal Falsity |

| Implied Statements | Date | Source | Statement | Type |
|---|---|---|---|---|
| *That DFTs are under threat of physical harm;<br>* Implied sent evidence to governmental authorities;<br>* Implied summoned by governmental authorities to discuss allegations;<br>* Implied PLTs are about to be formally indicted or reprimanded by some tribunal | 12/7/21 | Facebook Live Video | "I've been summoned over this by someone, and I'm leaving tomorrow … it's already in place – it's happening … So, for the last week or two I've been pushing and I've been pushing.  Why? Because I don't give a crap.  Nobody is going to hurt me.  Or do anything to my family.  You. Just. Don't. Know. Who. I. Am.  You'd better do some damned research." | Literal Falsity |
| * That DFTs undersrtand MI law;<br>* DFTs have 2 signed affidavits and one witness;<br>* violation of MI state law;<br>*PLTs may have committed a felony | 12/7/21 | Facebook Live Video | "This is a monstrous law that has been broken. It may not sound like much to you, but what this is, is it is a violation of - Matt Maddock and Ben Wetmore, who runs all of Meshawn's candidates, through the state, so that Matt has a chance at running speaker of the House. … There's no denying this.  I have two signed affidavits. And one witness, that was there on November 10th, basically saying that for 6 hours, that money was being raised, phones calls were being raised for campaigns, financials services were being done, campaign finance was being taken care of, while Matt Maddock was being in session.  That is illegal.  As a matter of fact, I talked to attorney, an attorney this afternoon, who said that this is probably a felony charge.  Don't know." | Literal Falsity |
| * DFTS understand MI law;<br>*DFTs consulted attorneys who confirmed PLTs broke the law | 12/7/21 | **Facebook Post** | "Tess Tesing, the example I gave is a statement revised by the Michigan Supreme Court and yes it involves 'Politics and Classified employees' like those receiving money from a PAC.  However, before I even made this video, I confirmed, with attorneys, that this, at the very least, is a violation of House Rules and depending on the way the law is read for State Reps could also be criminal.  I apologize for the confusion." | Literal Falsity |
| *PLTs are liars;<br>* Some aspect of law enforcement ran PLTs out of Texas;<br>* PLTs can't be trusted;<br>* PLTs will create criminal liability for clients;<br>* PLT clients should fire PLTs and hire DFTs | 12/7/21 | Facebook Live Video | "Ben Wetmore is an attorney that got ran out of Texas and just somehow ended up in freakin Michigan.  He's a liar.  Matt Maddock is a liar.  Meshawn Maddock is a liar.  And they're trying to be the Bill and Hillary Clinton of Michigan.  And, you the people have to know you gotta stand up against this.  Every single candidate that has, that literally has had a part to do with Ben Wetmore, and the Maddocks, you need to , you need to push them off.  Because you don't know whether or not they have [broken laws].  It's ridiculous.  They broke the damn law!  Now what are you going to do Michigan?" | Literal Falsity |
| *PLTs habitually break the law;<br>* PLTs manipulate and coerce candidates;<br>* PLTs are completely corrupt | 12/7/21 | Facebook Live Video | "The Michigan Supreme Court says you can't do anything that Ben Wetmore did on November 10th, and if he done it on the 10th, you can take it to the bank that he did it before.  And for all of your candidates who are under his thumb, and Meshawn and Matt Maddock's thumb because … because I will not mother-flippin stop, until those two are out of a job in Michigan.  I will spend every dime I have.  I will sell my house.  I will do everything I can to make sure that at least the most corrupt state that I've ever walked through in the history of my political life, is freed from this mess.  You deserve to be free." | Literal Falsity |
| *PLTs have broken the law | 12/7/21 | Facebook Live Video | "It's time to send these people home.  They're breaking the law." | Literal Falsity |

| Allegations | Date | Source | Statement | Category |
|---|---|---|---|---|
| * PLTs' clients better step forward to sign affidavits against PLTs or else DFTs will expose said clients as accomplices to crimes;<br>* That DFTs have paid spies in the state of MI who will discover PLTs/clients' criminal acts;<br>* PLTs, along with Matt & Meshawn are raking in moey by lying to voters and donors and must return donor money;<br>*Hidden, undisclosed proof | 12/7/21 | Facebook Live Video | "For all of you who want out. I got your back. But you'd better start signing an affidavit faster than you can blink your eyes, because if I find out – AND I WILL – I've got a couple of people up there that have nothing to do with the state. Matter of fact, they don't even live in the State of Michigan. Working hard, because Presidnet Trump is getting played, just like you are. It's sad. Meshawn, you'r pathetic. You and your husband are pathetic people. You're just disgusting. What are you doing? All this money that you're raking in through your PACs, and through back door channels and all these candidates … keeping people involved in politics that can't even vote. They've got more felonies than I have toes and fingers. What the hell is wrong with you people. Michigan this is your chance right now this is your chance to say I've had enough. I'm sick of it. It has nothing to do with voting in or voting out a state rep. It has everything to do with you finally standing up. I HAVE THE PROOF RIGHT HERE. I've got the proof, I've got the affidavits, testimonies, under penalty of perjury when they testify. I've got the proof of payment right here, from Matt Maddock directly to Ben Wetmore. We all know that. I've got the proof right here that on said November 10th … Matt was in session." | Literal Falsity |
| *PLTs habitually break the law;<br>* Hidden evidence | 12/7/21 | Facebook Live Video | "I've got the facts. I've got the affidavits, the witnesses are there. I'm not afraid of nothing. Come get me. I mean just come get me. You're a bunch of piss-ants. And I just broke your, uh, party. THEY BROKE THE LAW right in front of your eyes. Right in front of your eyes." | Literal Falsity |
| *PLTs have broken the law | 12/7/21 | Facebook Live Video | "All you need to know is that Ben, as a paid staffer, he broke the law of the Michigan Supreme Court by having people make phone calls and fundraising for six hours in his office while Matt Maddock was in session." | Literal Falsity |
| *Encourages audience to share defamatory content | 12/7/21 | Facebook Live Video | "Hey, love you guys [audience], get the message out there. Get everybody to stand up against each crooked punk people. Enough is enough." | Literal Falsity |
| *PLTs have broken the law;<br>* Pay to play;<br>* PLTs manipulate and coerce candidates. | 12/7/21 | Facebook Live Video | "You know how you [make a better country], call all of these state reps, who has Ben Wetmore, and Meshawn and Matt Maddock's backing, and you tell them, drop them or I will not vote for you. That's how you do it." | Literal Falsity |
| * Pay to play - BEN BRIBE TO CANDIDATE<br>* Specific elements of pay to play alleged:<br>***If candidate drops out of race X;<br>***PLTs promise money;<br>***and Trump endorsement;<br>*PLTs brok law;<br>*PLTs violated ethical rules | 12/14/21 | Facebook Live Video | "Okay, so I've already showed you pay-to-play from myself and Ben Wetmore's text messages. I mean, I've already showed you, that you seen [sic] it. He [Ben] guaranteed for Audra Johnson to drop out of the third district [race] …He guaranteed Audra Johnson if she dropped out of the third district – I put it out there for him to say yes or no; we set him [Ben] up – that she would be guaranteed a Trump endorsement and the financial backing of not only Mr. Maddock, but Mrs. Meshawn Maddock. And that is called paid to play or quid pro quo. All right. No matter how you look at it, it's wrong. It's unethical. It's on, it's unconst [sic]…" | Literal Falsity |
| *PLTs committed financial malfeasance;<br>*PLTs have deceived the public with a phony endorsement | 12/14/21 | Facebook Live Video | "Here's what I'm trying to tell you. Everybody wants to know the connection of where Meshawn and Matt are on funneling money to make sure that state candidates get their auto-penned endorsement. … Trump has no idea who the fuck you are. And let me tell you something else Meshawn I know your girl Molly: I'm fixing to blow the doors off this. I'm sick of corruption. It's got to stop." | Literal Falsity |
| *Hidden evidence | 12/14/21 | Facebook Live Video | "I have the documents that I need to prove that Ben Wetmore … was in the office with people that were running for the first time. These are affidavits, on the 10th of November. Actually one of the affidavits, this may surprise you, I'm not going to say a name, one of them got a Trump endorsement last night. That's one of the affidavits that's sworn to tell the truth under the penalty of perjury." | Literal Falsity |

| | | | | |
|---|---|---|---|---|
| *PLTs have deceived the public with a phony endorsement | 12/14/21 | Facebook Live Video | "Everybody who's got a Trump endorsement, that is not Jackie Eubanks and Matt DePerno – people who have actually went down and got the endorsements on good merit. All of you have an auto-penned signed piece of paper. You've never shook hands with Donald Trump. You have never spoken with Donald Trump … They're lying to you, Michigan!" | Literal Falsity |
| *Hidden evidence;<br>* Only willing to release evidence if subpoenaed;<br>* Life is under threat bc of secret knowledge;<br>* Needs security detail | 12/14/21 | Facebook Live Video | "I Officially invite the Michigan House of Representatives and the Speaker of the House and the Michigan Senate and the Senate Majority Leaders, to invite me to testify without an attorney and show you my evidence of political corruption in the Maddock family, and in Senator Bumstead's family, and the Yob family. Now, I'll have a security detail – but I invite the Michigan House of Representatives and the Michigan Senate to subpoena me immediately. And I will testify in front of your committees. We can work out a date. I mean, we've got Christmas coming up, but I mean I'll be ready to go. Deer season ends January 15th. So, I would say any time after January 15th, all the way into the spring. You have my word that I will. Once we've agreed upon a date, I will show up with my written evidence and with my screenshots, and with my affidavits. And I will testify in front of the House and the Senate to show you how corrupt the Maddock family has become … I am willing to come testify without an attorney, only with a security detail, and tell the truth and show them and give them every piece of my evidence. Watch what happens." | Literal Falsity |
| * Plaintiffs work for or associate with people who coerce people into actions in exchange for unemployment benefits. | 12/14/21 | Facebook Live Video | "Listen, politically, you can come after me however you want to – I don't care how you come after me … And if, and if half the people here don't want to be friends with me after this conversation, I don't care. I could care less, seriously. Because, I've opened myself up to a subpoena to the Michigan State. And I promise you, the people that are involved in this, they will not show up. They won't show up. But it is very sad that a mother of two children, or a father of two children, who actually live in their home, and they have a wife and they're trying to work through and make it through the winter, that they're unable to get their unemployment claims pass through, unless you have some sort of deal with Meshawn Maddock. | Literal Falsity |
| *Hidden evidence:<br>* Only willing to release if subpoenaed. | 12/14/21 | Facebook Live Video | "I've got nothing to hide. I got all the evidence and I've got an affidavit signed. I'm not worried about it. The house, the Speaker of the House needs to subpoena me in closed session, and so does the Senate. They don't even have to be, hell you can have me." | Literal Falsity |
| *Pay to play | 12/14/21 | Facebook Live Video | "I've got pay to play from two different people. One of them is a sitting senator, and his aide, Ben Wetmore." | Literal Falsity |
| *Hidden evidence:<br>* Only willing to release if subpoenaed;<br>* Pay to play | 12/14/21 | Facebook Live Video | "And again, there's corruption all over the state and all leads back to the Yob family and the Maddock family. Again, I'm waiting on my subpoena. Please, God, subpoena me. Somebody knock on my house door, my office door from the Sheriff's Department, and give me a subpoena." | Literal Falsity |
| *Hidden evidence:<br>* Pay to play | 11/29/2021 [pt 1] | Facebook Post | "Mike Detmer must be the pig, because he is just a short bit of the conference call between myself, Audra Johnson, Meshawn, and Ben. Which she now says she doesn't know who 'Pay for Play Ben' is … There is SO MUCH MORE … Meshawn must resign. | Literal Falsity |
| *Hidden evidence:<br>* Pay to play | 11/29/2021 [pt 2] | Facebook Post | [Different audio] "Mike Detmer must be the pig, because he is just a short bit of the conference call between myself, Audra Johnson, Meshawn, and Ben. Which she now says she doesn't know who 'Pay for Play Ben' is … There is SO MUCH MORE … Meshawn must resign.<br><br>* Comments: "More texts between myself and Ben, before I set up this call. 2 minutes of 30 minutes. Lol. … You are part of a corrupt mob."<br><br>* "'Pay for Play' Ben and Meshawn." | Literal Falsity |
| * Hidden evidence;<br>* Pay to play<br>* Allegations of fraud and misrepresentations to the public | 11/30/2021 [pt 1] | Facebook Post | "Hey Mike Detmer you want more proof that #MIGOP has a 'list'? Please don't ever again call me out in Michigan. Again, more audio to come. By the way, Mike have you spoken directly to President Trump about your endorsement? Jon Rocha have you? If so would you please provide the proof of date and time? Thank you. [arrow pointing down to image] look at the date." | Literal Falsity |

| | | | | |
|---|---|---|---|---|
| * Pay to play<br>* Allegations of fraud and misrepresentations to the public;<br>* Plaintiffs should be in prison because they broke the law the same way Rod Blagojevich did. | 11/30/2021 [pt 2] | Facebook Post | Mike Detmer, Jon Rocha, Angela Rigas, Meshawn Maddock and Ben are all corrupt as HELL!!  #MIGOP and #michigan voters…you deserve way better!! Demand they resign! Give the donors back their money Rocha! Pam Bondi can you please inform the President that his name is being used for 'pay for play' in Michigan by the corrupt #RINOs? Ben Wetmore and Meshawn deserve to be in Prison! Ask Rod Blagojevich." | Literal Falsity |
| *Plaintiffs are incompetent in their professions;<br>* Plaintiffs mismanage funds or commit financial malfeasance | 12/2/2021 [pt 1] | Facebook Post | "Apparently Ben can't keep Meshawn's financial books in order.  (Read the Article) O, then look at the 6 candidates he donated to.  Well would you look at who is first on the list…Angela Rigas [smiley face] …" | Literal Falsity |
| *Plaintiffs are incompetent in their professions;<br>* Plaintiffs mismanage funds or commit financial malfeasance;<br>* Defrauded donors | 12/2/21 [pt 2] | Facebook Post | "Hey Mike Detmer Joch Rocha Angela Rigas Ben Wetmore, since you guys are fundraising off of your 'Citizen Initiative' bull shit.  Can you please tell voters where the Money is? What Bank? Also, how many signatures?  You have been on this for 4 months.  Jon, you're the President, you should be able to answer this question, without bull shit right?" | Literal Falsity |
| *Plaintiffs are incompetent in their professions;<br>* Plaintiffs mismanage funds or commit financial malfeasance;<br>* Defrauded donors;<br>* The Trump endorsement is a fraud upon the voters. | 12/5/21 | Facebook Post | "So, Ben Wetmore has been paid by Matt Maddock for a long time.  Can anyone ask Jon Rocha, today, why his campaign manager is working for the [sic] Matt and Meshawn, and why or how he can afford it being unemployed?  Also, why did he allow Ben to write his Trump endorsement without talking to the President?  Isn't that like receiving a fake autograph?  The #MIGOP is playing you #michigan" | Literal Falsity |
| * Plaintiffs are incompetent in their profession/business;<br>* Hidden evidence;<br>* Plaintiffs either are felons or actively associate with felons to the detriment of the public. | 12/6/21 | Facebook Post | "Well what a coincidence.  Melissa Carone dumps Ben and Meshawn and insert the Meshawn plant.  [smiley face]. These people.  Expect a pinned [sic] endorsement soon. How pathetic.  Don't let the #MIGOP fool you.  Also, big things coming.  [emojis].  They are starting to fall in line like Nancy Pelosi.  Full of frauds and felons.  Way to run it Ben.  [emoji]." | Literal Falsity |
| *Hidden Evidence;<br>* Pay to Play | 4/21/22 | Facebook Post | "#michigan I am going to show you 'Pay to Play' with an email on Sunday Night.  Lol.  I've been trying to tell you for a year.  Meshawn, Trucker Randy and others trying to confiscate your State.  This [sic] will be no denying anything." | Literal Falsity |
| * PLTs embezzeled money from a campaign in Texas; | 5/3/22 [pt 1] | Facebook Post | "#michigan do you know why Matt Maddock and Meshawn chose Ben Wetmore?  You have to Choose!! And…. You might want to read this.." | Literal Falsity |
| * PLTs embezzeled money from a campaign in Texas; | 5/3/22 [pt 2] | Facebook Post | "Ben Wetmore, aid [sic] for Matt Maddock and Political operative for Meshawn, was caught embezzling campaign money while running for 'judge' in Texas.  Don't EVER say I don't have proof.  I Have Way More…READ!!  They ALL are FELONS and endorse Rocha, Rigas, Detmer….etc… #WakeUpMichigan" | Literal Falsity |